Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SNOHOMISH COUNTY, a Washington municipal corporation,

Plaintiff,

v.

PURDUE PHARMA L.P., a Delaware limited partnership; PURDUE PHARMA INC., a New York corporation; THE PURDUE FREDERICK COMPANY, INC., a New York corporation; MCKESSON CORPORATION, a Delaware corporation; DOCTORS OSTEOPATHIC CARE, P.S., INC., a Washington corporation; DELBERT WHETSTONE, a Washington individual; SEATTLE PAIN CENTER MEDICAL CORPORATION d/b/a SEATTLE PAIN CENTER, a Washington corporation; FRANK D. LI, a Washington individual; STATCARE INC. P.S., a Washington corporation; DONALD DILLINGER, a Washington individual; THRIFTY PAYLESS INC. d/b/a RITE AID, a California corporation; NW GREEN MEDICAL PLLC, a Washington limited liability company; NW GREEN WELLNESS PLLC, a Washington limited liability company; SEVAN PHARMACY, LLC, a Washington limited liability company; HIEU TUE LE, a Washington individual; DOE ENTITIES 1 through 100; and JOHN AND JANE DOES 1 through 100,

Defendants.

CASE NO. 2:19-CV-00368-TSZ

AMENDMENT TO STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND EXTEND PLAINTIFF'S TIME TO MOVE TO REMAND

AMENDMENT TO STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND EXTEND PLAINTIFF'S TIME TO MOVE TO REMAND - 1
CASE NO. 2:19-cv-00368-TSZ
#1234861 v3 / 72285-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## AMENDMENT TO STIPULATED MOTION

Plaintiff Snohomish County ("Plaintiff") and Defendants Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue Frederick Company, Inc. (collectively "Purdue") hereby amend and supplement the *Stipulated Motion and [Proposed] Order to Extend Defendants' Time to Respond to Complaint and Extend Plaintiff's Time to Move to Remand* (Dkt. 11) to affirmatively state that in addition to Plaintiff and Purdue, the relief sought in the Stipulated Motion (Dkt. 11) also is stipulated and consented to by all other parties who have appeared in the action, namely: Defendant McKesson Corporation ("McKesson"), Defendant Sevan Pharmacy LLC ("Sevan"), and Defendants Statcare, Inc., P.S. ("Statcare"), and Donald Dillinger, M.D. ("Dillinger"). Collectively, Purdue, McKesson, Sevan, Statcare, and Dillinger are referenced as the "Defendants").

Plaintiff and Defendants also stipulate and agree that the relief requested in the Stipulated Motion shall apply to all parties.  Specifically, any of the Defendants that have not already responded to the Complaint shall respond to the Complaint within 60 days after this Court rules on any motion to remand that Plaintiff may file or a decision has been made regarding the transfer of this action to the MDL, whichever is later.  If any of the Defendants ultimately files a motion to dismiss Plaintiff's Complaint, then Plaintiff's time to oppose the motion to dismiss shall be correspondingly extended to 60 days and Defendants' deadline to reply shall be extended to 30 days.  Plaintiff's deadline to file a "motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction" under 28 U.S.C. § 1447(c) is extended to May 13, 2019.

*SO STIPULATED AND CONSENTED*.

AMENDMENT TO STIPULATED MOTION AND ORDER
TO EXTEND DEFENDANTS' TIME TO RESPOND TO
COMPLAINT AND EXTEND PLAINTIFF'S TIME TO
MOVE TO REMAND - 2
CASE NO. 2:19-cv-00368-TSZ
#1234861 v3 / 72285-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Dated this 19th day of March, 2019.

**KARR TUTTLE CAMPBELL**

By: */s/ Thomas D. Adams*
Thomas D. Adams, WSBA No. 18470
*/s/ Ronald J. Friedman*
Ronald J. Friedman, WSBA No. 41629
*/s/ Andrew W. Durland*
Andrew W. Durland, WSBA No. 49747

701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  (206) 223-1313
Facsimile:  (206) 682-7100
Email:  tadams@karrtuttle.com
Email:  rfriedman@karrtuttle.com
Email:  adurland@karrtuttle.com

*Attorneys for Defendants Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company, Inc.*


**GOLDFARB & HUCK,
ROTH RIOJAS, PLLC**

By: */s/ Christopher S. Huck*
Christopher M. Huck, WSBA #34104
Kit W. Roth, WSBA #33059
R. Omar Riojas, WSBA #35400
925 Fourth Avenue, Suite 3950
Seattle, WA  98104
Telephone:  206-452-0260
huck@goldfarb-huck.com
roth@goldfarb-huck.com
riojas@goldfarb-huck.com

*Special Deputy Prosecuting Attorneys for Plaintiff Snohomish County*

AMENDMENT TO STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND EXTEND PLAINTIFF'S TIME TO MOVE TO REMAND - 3
CASE NO. 2:19-cv-00368-TSZ

#1234861 v3 / 72285-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**PEICK LAW GROUP, PS**

By: */s/ John C. Peick*
John C. Peick, WSBA #6249
3633 136th Pl. SE #205
Bellevue, WA 98006
Ph: 425-462-0660
Fax: 800-422-1676
jpeick@peicklaw.com

*Attorneys for Defendant Sevan Pharmacy, LLC*

**BALL JANIK LLP**

By: */s/ Dwain M. Clifford*
James T. McDermott, WSBA #30883
Dwain M. Clifford, WSBA #39911
101 SW Main St., Ste. 1100
Portland, OR 97204
Ph: 503-228-2525
Fax: 503-226-3910
jmcdermott@balljanik.com
dclifford@balljanik.com

*Attorneys for Defendant McKesson Corporation*

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**

By: */s/ Eric A. Norman*
Eric A. Norman, WSBA #37814
Rachel L. Bench, WSBA #43258
701 Fifth Ave., Ste. 4750
Seattle, WA 98104
Ph: 206-749-0094
Fax: 206-749-0194
eric@favros.com
rachel@favros.com

*Attorneys for Defendants Statcare, Inc. P.S. and Donald Dillinger, M.D.*

AMENDMENT TO STIPULATED MOTION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND EXTEND PLAINTIFF'S TIME TO MOVE TO REMAND - 4
CASE NO. 2:19-cv-00368-TSZ

#1234861 v3 / 72285-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## **ORDER**

Pursuant to the Stipulation between the parties, any of the Defendants that have not already responded to the Complaint shall respond to the Complaint within 60 days after this Court rules on any motion to remand that Plaintiff may file or a determination has been made regarding the transfer of this action to *In re National Prescription Opiate Litigation*, 17-md-02804 (N.D. Ohio).

If any of the Defendants file a motion to dismiss Plaintiff's Complaint, then Plaintiff's time to oppose the motion to dismiss shall be extended to 60 days and Defendants' deadline to reply extended to 30 days.

Plaintiff's deadline to file a "motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction" under 28 U.S.C. § 1447(c) shall be extended to May 13, 2019.

IT IS SO ORDERED.

DATED this 19th day of March, 2019.

_____
Thomas S. Zilly
United States District Judge

AMENDMENT TO STIPULATED MOTION AND ORDER
TO EXTEND DEFENDANTS' TIME TO RESPOND TO
COMPLAINT AND EXTEND PLAINTIFF'S TIME TO
MOVE TO REMAND - 5
CASE NO. 2:19-cv-00368-TSZ
#1234861 v3 / 72285-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100